Capicotto v Western N.Y. Med. Mgt., LLC (2026 NY Slip Op 01646)

Capicotto v Western N.Y. Med. Mgt., LLC

2026 NY Slip Op 01646

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND HANNAH, JJ.

59 CA 25-00075

[*1]WILLIAM N. CAPICOTTO, M.D., AND WILLIAM CAPICOTTO, M.D., P.C., PLAINTIFFS-APPELLANTS,
vWESTERN NEW YORK MEDICAL MANAGEMENT, LLC, JOSEPH E. SERGHANY, M.D., CAMERON B. HUCKELL, M.D., FRANK MASCARO, M.D., AND ROMANTH WAGHMARAE, M.D., DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

SCHRODER, JOSEPH & ASSOCIATES, LLP, BUFFALO (LINDA H. JOSEPH OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
HURWITZ FINE P.C., BUFFALO (AMBER E. STORR OF COUNSEL), FOR DEFENDANT-RESPONDENT WESTERN NEW YORK MEDICAL MANAGEMENT, LLC. 
CONNORS LLP, BUFFALO (RANDALL D. WHITE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS JOSEPH E. SERGHANY, M.D., CAMERON B. HUCKELL, M.D., FRANK MASCARO, M.D., AND ROMANTH WAGHMARAE, M.D.. 

 Appeal from a decision of the Supreme Court, Erie County (Emilio Colaiacovo, J.), dated December 5, 2024. The decision, among other things, denied plaintiffs' cross-motion for leave to file a second amended complaint. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Kuhn v Kuhn , 129 AD2d 967, 967 [4th Dept 1987]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court